### John Cross, junior, v. George Hobson.

THIS was an application to be discharged out of custody, the defendant having been exonerated from the demand under the insolvent law.

*Per Curiam.* The defendant can take nothing by his motion. In the cause of *Caldwell* v. *Graham*, decided in *January* term, 1803, we determined we would not help an insolvent who omitted to plead his discharge as he might have done.

### William Bodwell v. John Willcox.

IN this case an objection was taken that the notice of motion did not specify " at the city hall of the " city of *Albany*," but was only for the first day of the term, without designating the place.

*Per Curiam.* The notice is sufficient. Every one knows where the different terms are held, and the party himself evinces that, by coming here to oppose it.